# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Steve D. Morrison,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                            3-10-cv-635-RJC

Forrest D. Bridges, et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

Signed: November 29, 2011

Frank G. Johns, Clerk
United States District Court